Case 4:18-cv-00073   Document 35   Filed on 06/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GEOVERA SPECIALTY INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-00073 |
| § § | |
| JOSEPH BECKER, § § § | |
| Defendant. § | |

### ORDER DENYING RESPONDENT'S
### MOTION FOR RECONSIDERATION

The Court, having considered the respondent's motion for reconsideration of the Court's Order setting aside the appraisal awards entered March 22, 2019 (Dkt. No. 32), the petitioner's response, the evidence presented, applicable law, and the arguments of counsel, if any, is of the opinion that it should be **DENIED**.

It is, therefore, **ORDERED** that the respondent's motion for reconsideration is **DENIED**.

It is so **ORDERED**.

SIGNED on this 17th day of June, 2019.

_____
Kenneth M. Hoyt
United States District Judge